# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Arthur W. Narron<br>1190 Horseshoe Bend RD<br>Moneta VA 24121<br><br>*Defendant(s)* | Case No. 716 mJ 18 |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 09 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2016__ in the county of __Roanoke__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 1.218(b) (16) | (16) Entering the premises under the influence of alcoholic beverages. |

This criminal complaint is based on these facts:

Officer was dispatched and responded to the Emergency Department area in reference to a subject that was reported to be intoxicated and refusing medical treatment. Upon my arrival to the location mentioned above, I observed a white male attempting to use the wall to steady himself. Upon making contact with the individual I could smell a strong odor of alcoholic beverage coming from his person. I asked Mr. Narron if he had been drinking. Mr. Narron stated "yes".

☑ Continued on the attached sheet.

*Continued w/ attached page*

_____
*Complainant's signature*

Michael J. Prater Police Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-9-2016

City and state: Roanoke, VA

_____
*Judge's signature*

Robert S. Ballou, USMJ
*Printed name and title*

I was advised by the medical staff that Arthur W. Narron called 911 because he had fallen. The staff also advised that Narron was from Moneta VA. and that once he was at the Salem VA medical center he refused to be treated. I asked Narron how he got to the VA he stated "by ambulance".

Michael Prater

*[signature]*
2-9-2016

*[signature]*
Robert S. Ballou, USMJ
2/9/2016